NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2009-1145

M SHIP CO.,

Plaintiff-Appellant,

v.

ICE MARINE LTD.,

Defendant-Appellee.

Richard A. Clegg, Seltzer Caplan McMahon Vitek, of San Diego, California, argued for plaintiff-appellant.

Pasquale A. Razzano, Fitzpatrick, Cella, Harper & Scinto, of New York, New York, argued for defendant-appellee.

Appealed from: United States District Court for the Southern District of Florida

Judge Alan S. Gold

NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2009-1145

M SHIP CO.,

Plaintiff-Appellant,

v.

ICE MARINE LTD.,

Defendant-Appellee.

# Judgment

ON APPEAL from the     United States District Court
for the Southern District of Florida

in CASE NO(S).     06-CV-21886.

This CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

Per Curiam (MAYER, LOURIE, and PROST, Circuit Judges )

AFFIRMED. See Fed. Cir. R. 36.

ENTERED BY ORDER OF THE COURT

DATED  October 13, 2009      /s/ Jan Horbaly
                                Jan Horbaly, Clerk